[No. 12387–4–I.   Division One.   November 14, 1983.]

*In the Matter of the Welfare of*
BRIAN K. CANNON.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. EUGENE CANNON,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–82291, Herbert M. Stephens, J., entered October 11, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 5986–0–II.   Division Two.   November 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN CURTIS SHARLOW, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00382–6, John N. Skimas, J., entered November 20, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5499–0–II.   Division Two.   November 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ALLEN TOWNSEND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58243, William L. Brown, Jr., J., entered January 26, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.